B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

**INVOLUNTARY PETITION**

**IN RE (Name of Debtor – If Individual: Last, First, Middle)**
GLOBAL FURNITURE TERMINAL CORP.

**ALL OTHER NAMES used by debtor in the last 8 years**
(Include married, maiden, and trade names.)

**Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN** (If more than one, state all.):
76-0736917

**STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)
555 N.E. 185th STREET
MIAMI, FL  33179

**MAILING ADDRESS OF DEBTOR** (If different from street address)

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**
MIAMI-DADE COUNTY

**ZIP CODE** 33179

**ZIP CODE**

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☑ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
   b. ☑ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  GLOBAL FURNITURE

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____    x  /s/ Paul L. Orshan   6/15/11
Signature of Petitioner or Representative (State title)    Signature of Attorney                          Date
Nortek Realty Holdings, LLP                                 Paul L. Orshan, Esq. (FBN 776203)
Name of Petitioner          Date Signed                     Name of Attorney Firm (If any)
                                                            2506 Ponce de Leon Blvd., Coral Gables, FL 33134
Name & Mailing                                              Address
Address of Individual                                       (305) 529-9380
Signing in Representative   See attached                    Telephone No.
Capacity

x_____    x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                          Date

Name of Petitioner          Date Signed                     Name of Attorney Firm (If any)

Name & Mailing                                              Address
Address of Individual
Signing in Representative                                   Telephone No.
Capacity

x_____    x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                          Date

Name of Petitioner          Date Signed                     Name of Attorney Firm (If any)

Name & Mailing                                              Address
Address of Individual
Signing in Representative                                   Telephone No.
Capacity

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Nortek Realty Holdings, LLP | RENT | $1.3 Million |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

## Corrected Signature Block Page

| Document Name/Type | United States Bankruptcy Court Involuntary Petition | Date | 6/15/11 |
|---|---|---|---|
| Bldg Name | Aventura Industrial Park | Bldg ID | 088610 |
| Tenant | Global Furniture Terminal Corp | | |

**Signature Block:**

NORTEK REALTY HOLDINGS LLP, a Florida limited liability partnership

By:  AVENTURA INDUSTRIAL PARK MEMBER, LLC, a Delaware limited liability company, its partner

    By: PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation, for the Group Annuity Contract - State of Michigan Separate Account, its sole member

        By: PRINCIPAL REAL ESTATE INVESTORS, LLC, a Delaware limited liability company, its authorized signatory

        By _____  Jeffrey R. Menz, Portfolio Manager
        JUN 15 2011

By:  MIAMI GARDENS INDUSTRIAL PARTNERS, LLC, a Delaware limited liability company, Managing Partner

    By: PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation, for the Group Annuity Contract - State of Michigan Separate Account, its sole member

        By: PRINCIPAL REAL ESTATE INVESTORS, LLC, a Delaware limited liability company, its authorized signatory

        By _____  Jeffrey R. Menz, Portfolio Manager
        JUN 15 2011